UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA G. MUNOS CONTRERAS,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　　　　　　　　Defendant. | Case No.: 15-CV-2196-AJB-MDD<br><br>**ORDER:**<br><br>**(1) ADOPTING REPORT AND RECOMMENDATION, (Doc. No. 17);**<br><br>**(2) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, (Doc. No. 14); AND**<br><br>**(3) GRANTING COMMISSIONER'S CROSS-MOTION FOR SUMMARY JUDGMENT, (Doc. No. 16)** |

　　　　On October 1, 2015, Plaintiff Maria G. Munos Contreras ("Plaintiff") filed a complaint seeking judicial review of the Social Security Administration Commissioner's ("Commissioner") decision denying her claim for disability insurance benefits. (Doc. No. 1.) On April 14, 2016, Plaintiff filed a motion for summary judgment. (Doc. No. 14.) The Commissioner filed a cross-motion for summary judgment on May 4, 2016. (Doc. No. 16.) On September 13, 2016, Magistrate Judge Mitchell D. Dembin issued a Report and Recommendation ("R&R") recommending the Court deny Plaintiff's motion for summary

judgment and grant the Commissioner's cross motion. (Doc. No. 17 at 2.) Notwithstanding the passage of the deadline, no party has filed an objection to the R&R. (*See id.* at 17 (requiring objections to be filed no later than September 30, 2016).)

Federal Rule of Civil Procedure 72(b) and 28 U.S.C. § 636(b)(1) set forth a district judge's duties in connection with a magistrate judge's report and recommendation. The district judge must "make a de novo determination of those portions of the report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C); *see also United States v. Remsing*, 874 F.2d 614, 617–18 (9th Cir. 1989). However, in the absence of timely objections, the Court "need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee's note (1983); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (stating § 636 "makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." (Emphasis in original)).

Neither party timely filed objections to Magistrate Judge Dembin's R&R. Having reviewed the R&R, the Court finds Magistrate Judge Dembin's R&R is thorough, well-reasoned, and contains no clear error. Accordingly, the Court **ADOPTS** the Report and Recommendation in full, (Doc. No. 17), **DENIES** Plaintiff's motion for summary judgment, (Doc. No. 14), and **GRANTS** the Commissioner's cross motion for summary judgment, (Doc. No. 16).

**IT IS SO ORDERED.**

Dated: October 17, 2016

Hon. Anthony J. Battaglia
United States District Judge